**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Ex parte: Belinda Davis-Branch, Respondent.

In re: Larry Solomon, Plaintiff,

v.

Betty Jean Solomon, Appellant.

Appellate Case No. 2011-196006

———————

Appeal From Barnwell County
Dale Moore Gable, Family Court Judge

———————

Memorandum Opinion No. 2012-MO-046
Heard September 19, 2012 – Filed November 21, 2012

———————

**VACATED**

———————

Jonathan Marshall Holder, of The Moore Law Firm, of Barnwell, for Appellant.

Zipporah O. Sumpter, of Sumpter Law Office, of Orangeburg, for Respondent.

———————

**PER CURIAM:** The parties agreed that this appeal could be decided on policy grounds. We therefore vacate the contempt order, and the attendant sanctions. We

hold that a family court order requiring each party to pay her own attorney's fee is not enforceable by the attorney against her client in family court through use of the court's contempt powers. The ruling of the family court thus constituted an abuse of discretion. This disposition is without prejudice to respondent's right to seek to enforce her contract with appellant in a proper forum. Further, we order that no costs or attorneys' fees will be awarded in this appeal under Rule 222(a), SCACR.

**VACATED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**